# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| DAINIUS BARYSAS, | § | |
|---|---|---|
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. _____ |
| | § | |
| UBER TECHNOLOGIES, INC. | § | |
| Defendant. | § | |

**INDEX OF MATTERS BEING FILED WITH NOTICE OF REMOVAL**

| EXHIBIT | DESCRIPTION OF DOCUMENT | DATE |
|---|---|---|
| A | Index of Matters Being Filed with Notice of Removal | 2022.11.07 |
| A-1 | State Court Docket Sheet and History | 2022.11.01 |
| A-2 | Citation Issued to Uber Technologies, Inc. | 2022.10.18 |
| A-3 | Petition and Motion to Vacate Arbitration Award | 2022.10.14 |
| A-4 | Return of Service on Uber | 2022.10.18 |
| A-5 | List of All Counsel of Record | |
| A-6 | Claimant's Post-Hearing Brief | 2022.03.18 |
| A-7 | Claimant's Pre-Hearing Brief | 2022.06.03 |
| A-8 | Declaration of Deborah Soh | 2022.11.03 |
| A-9 | Civil Cover Sheet | 2022.11.07 |

4864-0508-3197.1 / 073208-1763

# EXHIBIT A-1

Harris County Docket Sheet

# 2022-67757

**COURT:** 133rd
**FILED DATE:** 10/14/2022
**CASE TYPE:** OTHER CIVIL



### BARYSAS, DAINIUS
Attorney: HAWLEY, ERIC ALLEN

### vs.

### UBER TECHNOLOGIES INC

| Docket Sheet Entries ||
|---|---|
| Date | Comment |

| HCDistrictclerk.com | BARYSAS, DAINIUS vs. UBER TECHNOLOGIES INC | 11/1/2022 |
|---|---|---|
| | Cause: 202267757    CDI: 7    Court: 133 | |

## APPEALS
No Appeals found.

## COST STATMENTS
No Cost Statments found.

## TRANSFERS
No Transfers found.

## POST TRIAL WRITS
No Post Trial Writs found.

## ABSTRACTS
No Abstracts found.

## SETTINGS
No Settings found.

## NOTICES
No Notices found.

## SUMMARY

### CASE DETAILS

| | |
|---|---|
| **File Date** | 10/14/2022 |
| **Case (Cause) Location** | |
| **Case (Cause) Status** | Active - Civil |
| **Case (Cause) Type** | OTHER CIVIL |
| **Next/Last Setting Date** | N/A |
| **Jury Fee Paid Date** | 10/17/2022 |

### CURRENT PRESIDING JUDGE

| | |
|---|---|
| **Court** | 133rd |
| **Address** | 201 CAROLINE (Floor: 11) HOUSTON, TX 77002 Phone:7133686200 |
| **JudgeName** | JACLANEL M. MCFARLAND |
| **Court Type** | Civil |

## ACTIVE PARTIES

| Name | Type | Post Jdgm | Attorney |
|---|---|---|---|
| BARYSAS, DAINIUS | PLAINTIFF - CIVIL | | HAWLEY, ERIC ALLEN |
| UBER TECHNOLOGIES INC | DEFENDANT - CIVIL | | |
| UBER TECHNOLOGIES INC (DELAWARE CORPORATION) MAY BE SERVED THROUGH | REGISTERED AGENT | | |

## INACTIVE PARTIES
No inactive parties found.

## JUDGMENT/EVENTS

| Date | Description | Order Signed | Post Jdgm | Pgs | Volume/Page | Filing Attorney | Person Filing |
|---|---|---|---|---|---|---|---|
| 10/14/2022 | ORIGINAL PETITION | | | 0 | | HAWLEY, ERIC ALLEN | BARYSAS, DAINIUS |

## SERVICES

| Type | Status | Instrument | Person | Requested | Issued | Served | Returned | Received | Tracking | Deliver To |
|---|---|---|---|---|---|---|---|---|---|---|
| CITATION CORPORATE | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | UBER TECHNOLOGIES INC (DELAWARE CORPORATION) MAY BE SERVED THROUGH 1999 BRYAN ST STE 900 DALLAS XX 75201 | 10/14/2022 | 10/18/2022 | 10/18/2022 | | 10/20/2022 | 74066466 | E-MAIL |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 104682338 | Return of Service (Affidavit) re: Uber Technologies Inc. | | 10/20/2022 | 1 |
| 104604399 | Petition to Vacate Arbitration Award | | 10/14/2022 | 30 |
| ·> 104604400 | Exhibit A | | 10/14/2022 | 45 |
| ·> 104604401 | Exhibit B | | 10/14/2022 | 21 |
| ·> 104604402 | Exhibit C | | 10/14/2022 | 59 |
| ·> 104604403 | Exhibit D | | 10/14/2022 | 13 |
| ·> 104604404 | Exhibit E | | 10/14/2022 | 84 |
| ·> 104604405 | Exhibit F | | 10/14/2022 | 2 |
| ·> 104604406 | Exhibit G | | 10/14/2022 | 18 |
| ·> 104604407 | Exhibit H | | 10/14/2022 | 2 |
| ·> 104604408 | Exhibit I | | 10/14/2022 | 243 |
| ·> 104604409 | Exhibit J | | 10/14/2022 | 357 |
| ·> 104604410 | Exhibit K | | 10/14/2022 | 260 |
| ·> 104604411 | Exhibit L | | 10/14/2022 | 11 |
| ·> 104604412 | Exhibit M | | 10/14/2022 | 6 |
| ·> 104604413 | Exhibit N | | 10/14/2022 | 20 |

| HCDistrictclerk.com | BARYSAS, DAINIUS vs. UBER TECHNOLOGIES INC | 11/1/2022 |
|---|---|---|
| | Cause: 202267757    CDI: 7    Court: 133 | |

## APPEALS
No Appeals found.

## COST STATMENTS
No Cost Statments found.

## TRANSFERS
No Transfers found.

## POST TRIAL WRITS
No Post Trial Writs found.

## ABSTRACTS
No Abstracts found.

## SETTINGS
No Settings found.

## NOTICES
No Notices found.

## SUMMARY

### CASE DETAILS

| | |
|---|---|
| **File Date** | 10/14/2022 |
| **Case (Cause) Location** | |
| **Case (Cause) Status** | Active - Civil |
| **Case (Cause) Type** | OTHER CIVIL |
| **Next/Last Setting Date** | N/A |
| **Jury Fee Paid Date** | 10/17/2022 |

### CURRENT PRESIDING JUDGE

| | |
|---|---|
| **Court** | 133rd |
| **Address** | 201 CAROLINE (Floor: 11)<br>HOUSTON, TX 77002<br>Phone:7133686200 |
| **JudgeName** | JACLANEL M. MCFARLAND |
| **Court Type** | Civil |

## ACTIVE PARTIES

| Name | Type | Post Jdgm | Attorney |
|---|---|---|---|
| BARYSAS, DAINIUS | PLAINTIFF - CIVIL | | HAWLEY, ERIC ALLEN |
| UBER TECHNOLOGIES INC | DEFENDANT - CIVIL | | |
| UBER TECHNOLOGIES INC (DELAWARE CORPORATION) MAY BE SERVED THROUGH | REGISTERED AGENT | | |

## INACTIVE PARTIES
No inactive parties found.

## JUDGMENT/EVENTS

| Date | Description | Order Signed | Post Jdgm | Pgs | Volume/Page | Filing Attorney | Person Filing |
|---|---|---|---|---|---|---|---|
| 10/14/2022 | ORIGINAL PETITION | | | 0 | | HAWLEY, ERIC ALLEN | BARYSAS, DAINIUS |

## SERVICES

| Type | Status | Instrument | Person | Requested | Issued | Served | Returned | Received | Tracking | Deliver To |
|---|---|---|---|---|---|---|---|---|---|---|
| CITATION CORPORATE | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | UBER TECHNOLOGIES INC (DELAWARE CORPORATION) MAY BE SERVED THROUGH 1999 BRYAN ST STE 900 DALLAS XX 75201 | 10/14/2022 | 10/18/2022 | 10/18/2022 | | 10/20/2022 | 74066466 | E-MAIL |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 104682338 | Return of Service (Affidavit) re: Uber Technologies Inc. | | 10/20/2022 | 1 |
| 104604399 | Petition to Vacate Arbitration Award | | 10/14/2022 | 30 |
| ·> 104604400 | Exhibit A | | 10/14/2022 | 45 |
| ·> 104604401 | Exhibit B | | 10/14/2022 | 21 |
| ·> 104604402 | Exhibit C | | 10/14/2022 | 59 |
| ·> 104604403 | Exhibit D | | 10/14/2022 | 13 |
| ·> 104604404 | Exhibit E | | 10/14/2022 | 84 |
| ·> 104604405 | Exhibit F | | 10/14/2022 | 2 |
| ·> 104604406 | Exhibit G | | 10/14/2022 | 18 |
| ·> 104604407 | Exhibit H | | 10/14/2022 | 2 |
| ·> 104604408 | Exhibit I | | 10/14/2022 | 243 |
| ·> 104604409 | Exhibit J | | 10/14/2022 | 357 |
| ·> 104604410 | Exhibit K | | 10/14/2022 | 260 |
| ·> 104604411 | Exhibit L | | 10/14/2022 | 11 |
| ·> 104604412 | Exhibit M | | 10/14/2022 | 6 |
| ·> 104604413 | Exhibit N | | 10/14/2022 | 20 |

# EXHIBIT A-2

CAUSE NO. 202267757

COPY OF PLEADING PROVIDED BY PLT

RECEIPT NO: 979082  TRACKING NO: 74066466

| Plaintiff: | In The 133rd |
| --- | --- |
| BARYSAS, DAINIUS | Judicial District Court of |
| vs. | Harris County, Texas |
| Defendant: | 201 CAROLINE |
| UBER TECHNOLOGIES INC | Houston, Texas |

## CITATION CORPORATE

**THE STATE OF TEXAS**
**County of Harris**

To:   UBER TECHNOLOGIES INC (DELAWARE CORPORATION) MAY BE SERVED THROUGH ITS REGISTERED AGENT CT CORPORATION SYSTEM
1999 BRYAN ST STE 900, DALLAS TX 75201

Attached is a copy of: PETITION AND MOTION TO VACATE ARBITRATION AWARD

This instrument was filed on October 14, 2022 in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED.** You may employ an attorney. If you or your Attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

This citation was issued on October 18, 2022, under my hand and seal of said court.



| Issued at the request of: | Marilyn Burgess, District Clerk |
| --- | --- |
| Hawley, Eric A | Harris County, Texas |
| 2925 RICHMOND AVENUE SUITE 1560 | 201 CAROLINE  Houston Texas 77002 |
| HOUSTON, TX  77098 | (PO Box 4651, Houston, Texas 77210) |
| 713-333-1030 | |
| Bar Number: 24074375 | |
| | Generated By:CHANDRA LAWSON |