United States District Court
Southern District of Texas
**ENTERED**
August 02, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| DAINIUS BARYSAS, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:22-cv-03876 |
| | § | |
| UBER TECHNOLOGIES INC., | § | |
| | § | |
| Defendant. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**MEMORANDUM AND RECOMMENDATION**

On February 6, 2023, this case was referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 11. Judge Edison filed a Memorandum and Recommendation on July 14, 2023, recommending that Plaintiff's Motion to Vacate Arbitration Award (Dkt. 1-2) be **DENIED**, and that Defendant's Motion to Confirm Arbitration Award (Dkt. 8) be **GRANTED**. Dkt. 14.

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1)  Judge Edison's Memorandum and Recommendation (Dkt. 14) is **APPROVED and ADOPTED** in its entirety as the holding of the Court; and

(2)  Plaintiff's Motion to Vacate Arbitration Award (Dkt. 1-2) is **DENIED**; and

(3)   Defendant's Motion to Confirm Arbitration Award (Dkt. 8) is **GRANTED**.

It is so **ORDERED**.

SIGNED and ENTERED this 2nd day of August 2023.

*[signature]*
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE